114 A.3d 413

**In re Nomination Petition of Franklin A. BENNETT, III, Candidate for Office of Judge of the Municipal Court for the First Judicial District (Philadelphia County).**

**Appeal of Joyce M. Cross.**

**In re Nomination Petition of Franklin A. Bennett, III, Candidate for Office of Judge of the Court of Common Pleas for the First Judicial District (Philadelphia County).**

**Appeal of Joyce M. Cross.**

Supreme Court of Pennsylvania.

Submitted April 17, 2015.

Decided May 7, 2015.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State, Bureau of Commissions, Elections and Legislation.

City Commissioners of Philadelphia, pro se.

Jeffrey Brent Datz, Esq., Green, Silverstein & Groff, LLC, Joshua H. Roberts, Esq., Philadelphia, Datz & Associates LLC, for Joyce M. Cross.

Nizar M. Abed, Esq., Abed Law, for Franklin A. Bennett, III.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of May, 2015, the order of the Commonwealth Court is **AFFIRMED.**